UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MEGAN MITCHELL

            Plaintiff(s),

VS.                                                   2:03-cv-59-PAL

VENETIAN CASINO RESORT LLC

            Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 4, 2011

                                                  **U.S. MAGISTRATE JUDGE**